

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00075-CV

IN RE TRACEY WAYNE PARKER                                    RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 0565449

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed for want of jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

PANEL:  GABRIEL, KERR, and BIRDWELL, JJ.

DELIVERED:  March 6, 2018

---

[1]See Tex. R. App. P. 47.4, 52.8(d).